## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TIMOTHY DAVIS and HATEMA DAVIS,

    Plaintiffs,

vs

                                      Case No.: 15-cv-10547
                                      Honorable Paul D. Borman

CITY OF DETROIT, et. al,

    Defendants.

_____

### STIPULATED ORDER TO EXTEND WITNESS LIST FILING

This matter having come before the Court on the stipulation of the parties, the parties hereby stipulate to extend the date by which to file their witness lists which are currently scheduled for March 15, 2016; the parties hereby agree that they shall name their witnesses, on or before May 1, 2016.

**IT IS SO ORDERED**.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 16, 2016

Stipulated for entry by:

| | |
|---|---|
| */s/Michael Dezsi* | */s/ Calvert Bailey (with consent)* |
| MICHAEL R. DEZSI | CALVERY BAILEY |
| Attorney for Plaintiffs | Attorney for Defendant City of Detroit, et. al |
| | |
| | */s/Lawrence Garcia (with consent)* |
| Dated: March 15, 2016 | LAWRENCE GARCIA |
| | Attorney for Defendant Arthur Leavells |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2016.

                                                s/Deborah Tofil
                                                Deborah Tofil
                                                Case Manager (313)234-5122