UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DAVIS AND HATEMA DAVIS,

        Plaintiffs,         Case No. 15-10547

                                            Paul D. Borman
v.                                          United States District Judge

                                            David R. Grand
CITY OF DETROIT, ET AL.,             United States Magistrate Judge

        Defendants.
_____/

OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 98) AND DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEAVELLS (ECF NO. 60)

      Now before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending that the Court deny Plaintiffs' Motion for Default Judgment against Defendant Arthur Leavells. (ECF No. 98, Report and Recommendation). Neither Plaintiffs nor Defendant Leavells filed objections to the Report and Recommendation.

      Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 98) and DENIES Plaintiffs' Motion for Default Judgment against Defendant Arthur Leavells (ECF No. 60).

      IT IS SO ORDERED.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: October 19, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 19, 2016.

                                        s/Deborah Tofil
                                        Case Manager