UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DAVIS AND HATEMA DAVIS,

          Plaintiffs,          Case No. 15-10547

                                    Paul D. Borman
v.                                        United States District Judge

                                    David R. Grand
CITY OF DETROIT, ET AL.,         United States Magistrate Judge

          Defendants.
_____/

<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (ECF NO. 99) AND GRANTING IN PART AND DENYING IN PART
PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT AS TO THE CITY OF
DETROIT (ECF NO. 65)</u>

Now before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending that the Court grant in part and deny in part Plaintiffs' Renewed Motion for Default Judgment as to the City of Detroit. (ECF No. 99, Report and Recommendation). Magistrate Judge Grand recommended denying in part Plaintiffs' Renewed Motion for Default Judgment against the City of Detroit to the extent Plaintiffs sought an entry of default judgment against Defendant City of Detroit, but granting in part to the extent Plaintiffs sought monetary sanctions against Defendant City of Detroit. Magistrate Judge Grand concluded that Plaintiffs should be awarded the reasonable fees and costs they incurred with filing the underlying motion, including "(1) preparing the motion and supporting briefs (Docs. 65, 82, 84); (2) preparing for and attending the June 7, 2016 hearing on their motion for default judgment; and (3) preparing for an attending the August 1, 2016 evidentiary hearing regarding this motion." (Report and Recommendation, at * 11.) Neither Plaintiffs nor Defendants filed

objections to the Report and Recommendation.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 99) and GRANTS IN PART and DENIES IN PART Plaintiffs' Renewed Motion for Default Judgment as to the City of Detroit (ECF No. 65).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 19, 2016.

s/Deborah Tofil
Case Manager