UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DAVIS
and HATEMA DAVIS,   Case No. 15-10547

    Plaintiffs,   Paul D. Borman
   United States District Judge

v.

   David R. Grand
CITY OF DETROIT, *et al.*,   United States Magistrate Judge

    Defendants.
_____/

# ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (ECF NO. 139) AND DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF NO. 115)

On September 20, 2017, Magistrate Judge David R. Grand issued a Report and Recommendation to deny Plaintiffs' motion for default judgment. (ECF No. 139, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court hereby ADOPTS the Report and Recommendation (ECF No. 139) and DENIES Plaintiffs' Motion for Default Judgment (ECF No. 115).

    IT IS SO ORDERED.

                                      s/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge

Dated: October 18, 2017

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 18, 2017.

                                              s/D. Tofil
                                              Deborah Tofil, Case Manager